917 So.2d 1118 (2005)
Tara M. OLAVARRIETA
v.
Jerry ST. PIERRE, M.D., Samuel M. Alexander, M.D. and Tenet Healthsystem Memorial Medical Center, Inc., Individually, d/b/a, and Memorial Medical Center, f/k/a Mercy+Baptist Medical Center.
No. 2005-C-1557.
Supreme Court of Louisiana.
December 16, 2005.
In re Olavarrieta, Tara M.;  Plaintiff; Applying for Writ of Certiorari and/or Review, Parish of Orleans, Civil District Court Div. A, No. 98-8465; to the Court of Appeal, Fourth Circuit, No. 2004-CA-1566.
Denied.